**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| PNC Bank, National Association,  )<br>                                                         )<br>             Plaintiff,                            )<br>                                                         )<br>vs.                                                    )<br>                                                         )<br>                                                         )<br>David Branch; John Doe Occupant 1)<br>(whose real name is John Moreau),   )<br>                                                         )<br>             Defendants.                       )<br>                                                         )<br>_____) | No. CV 11-596-PHX-JAT<br><br>**ORDER** |

      Defendant John Doe Occupant 1, whose real name is John Moreau, ("Moreau") removed this case to Federal Court. Moreau alleges that this Court has subject matter jurisdiction based on a federal question. Specifically, Moreau alleges that jurisdiction is based on his claims of protection under the Protecting Tenants at Foreclosure Act of 2009. (Doc. 1 at 1).

      Typically, jurisdiction must be based on the allegations of the complaint. *See Takeda v. Northwestern Nat. Life Ins. Co.*, 765 F.2d 815, n. 9 (9th Cir. 1985) ("[U]nder the present statutory scheme as it has existed since 1887, a defendant may not remove a case to federal court unless the *plaintiff's* complaint establishes that the case 'arises under' federal law.") (quoting *Franchise Tax Board v. Construction Laborers Vacation Trust*, 463 U.S. 1, 10 (1983)).

      Accordingly, Defendant Moreau, as the party asserting jurisdiction, must file an amended notice of removal properly alleging federal subject matter jurisdiction. Moreau

1 must show either that jurisdiction arises from Plaintiff's complaint, or that the Protecting
2 Tenants at Foreclosure Act of 2009 specifically allows federal subject matter jurisdiction to
3 be based on a defense or counterclaim (whichever way Moreau intends to "claim" the
4 protections of the act).  Therefore,

5     IT IS ORDERED that within 15 days of the date of this Order, Moreau shall file an
6 amended notice of removal properly alleging federal subject matter jurisdiction or this case
7 will be remanded for lack of federal subject matter jurisdiction.

8     DATED this 6th day of April, 2011.

_____
James A. Teilborg
United States District Judge